UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMAAL SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>E. PARKS, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00437-LJO-JDP<br><br>ORDER GRANTING MOTION TO AMEND<br><br>ECF No. 10 |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Before the court is plaintiff's motion to amend his complaint. ECF No. 10. As this is plaintiff's first motion and I grant leave to amend once as a matter of course, I grant plaintiff's motion. *See* Fed. R. Civ. P. 15(a)(1); ECF No. 10. Plaintiff will have thirty days to submit a first amended complaint.

    The amended complaint will supersede the original complaint, *Lacey v. Maricopa County*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc), and the amended complaint must be complete on its face without reference to the prior, superseded pleading, *see* E.D. Cal. Local Rule 220. Plaintiff may not change the nature of this suit by adding new, unrelated claims or new, unrelated defendants in his amended complaint. *See* Fed. R. Civ. P. 18; *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) ("Unrelated claims against different defendants belong in different suits . . . .").

1

Once an amended complaint is filed, the original complaint no longer serves any function. Therefore, in an amended complaint, as in an original complaint, plaintiff must assert each claim and allege each defendant's involvement in sufficient detail. The amended complaint should be titled "First Amended Complaint," refer to the appropriate case number, and be an original signed under penalty of perjury.

Accordingly,

1. plaintiff's motion to amend complaint, ECF No. 10, is granted;
2. plaintiff shall have thirty days to file a first amended complaint; and
3. the clerk is directed to send plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated: December 10, 2019

UNITED STATES MAGISTRATE JUDGE

No. 204.