UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMAAL SMITH,<br><br>          Plaintiff,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, *et al.*,<br><br>          Defendants. | Case No.   1:19-cv-00437-NONE-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>RESPONSE DUE IN THIRTY DAYS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE<br><br>ECF No. 13 |

      On December 10, 2019, the court granted plaintiff's motion to amend his complaint and ordered plaintiff to file his first amended compliant within thirty days. ECF No. 11. Plaintiff has not filed an amended complaint. Thus, the court will order plaintiff to show cause why his case should not be dismissed for failure to prosecute and failure to comply with a court order.

      To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the

parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.  The court will give plaintiff a chance to explain why the court should not dismiss the case for his failure to prosecute and to comply with a court order.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case.

Plaintiff has also filed a motion for service.  ECF No. 13.  As plaintiff has not filed his amended complaint, this motion will be denied.  Plaintiff's first amended complaint, once filed, will have to be screened before service is authorized.  *See* 28 U.S.C. § 1915A.

Accordingly,

1. Plaintiff is ordered to show cause within thirty days why this case should not be dismissed for failure to prosecute and failure to comply with a court order.
2. Plaintiff's motion for service, ECF No. 13, is denied.

IT IS SO ORDERED.

Dated:  __May 11, 2020__                                         _____
                                                                                                     UNITED STATES MAGISTRATE JUDGE

No. 204.

2