UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMAAL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00437-NONE-HBK<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 18) |

On May 3, 2021, the undersigned submitted Findings and Recommendations that this matter be dismissed without prejudice for Plaintiff's failure to prosecute this action. (Doc. No. 18). On June 4, 2021, Plaintiff filed objections to the Findings and Recommendations, contending he had not received the Court's earlier Order to Show Cause because he was repeatedly transferred within the California correctional system. (Doc. No. 20). Plaintiff also recently filed a Notice of Change of Address. (Doc. No. 19). In his objections, Plaintiff states he wishes to prosecute this action, will keep the court appraised of his address, and does not wish to file an amended complaint but will proceed on his original complaint. (Doc. No. 20 at 2).

The Court will withdraw its Findings and Recommendation and screen Plaintiff's complaint in due course. Plaintiff is reminded that under Local Rule 183(b) it is his responsibility to apprise the Court of all address changes, and his failure to timely do so constitutes cause for

dismissal.

Accordingly, it is ORDERED:

The Findings and Recommendations entered on May 3, 2021 (Doc. No. 18) are WITHDRAWN.

IT IS SO ORDERED.

Dated: June 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE