**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARMAAL SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.,<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-0437 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 25) |

　　　　The assigned magistrate judge screened Plaintiff's complaint as provided by 28 U.S.C. § 1915A.  (Doc. 24.)  The magistrate judge noted Plaintiff alleged 19 causes of action against 27 named defendants and 5 "John Doe" defendants.  (*Id.* at 2.)  The magistrate judge reviewed the allegations of the pleading and found Plaintiff failed to state a claim upon which relief could be granted.  (*Id.* at 4-11.)  The Court directed Plaintiff to file an amended complaint; notify the Court that he wished to stand on his current complaint, which was subject to dismissal; or file a notice of voluntary dismissal.  (*Id.* at 11-12.)  The Court provided Plaintiff 30 days to respond to the order.  (*Id.* at 12.)

　　　　After Plaintiff did not exercise any of the three identified options—or otherwise respond to the Court's order—the magistrate judge found Plaintiff failed to prosecute the action.  (Doc. 25.)  Therefore, the magistrate judge recommended the action "be dismissed without prejudice for

1

Plaintiff's failure to prosecute" on July 25, 2022. (*Id.*) Though the Court allowed Plaintiff 14 days to file any objection the Findings and Recommendations and advised him "that failure to file objections within the specified time may result in the waiver of rights on appeal," (Doc. 25 at 5., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991), he did not file any objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 25, 2022 (Doc. 25) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 30, 2022**

UNITED STATES DISTRICT JUDGE

2